AUGUST 23, 1943

**No. 48689.**——Protest 91918–K of Samuel S. Perry. 
 Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, AUGUST 25, 1943

**No. 48690.**—Protests 719452–G, etc., of H. A. Caesar & Co. (New York).

Opinion by TILSON, J. It appeared from the uncontradicted evidence that cotton is the component material of chief value in each of the items here in question, and further, that the umbrella materials are waterproofed after dyeing. The protests were sustained as to the items set forth in schedule attached to decision.

**No. 48691.**—Protest 47388–K of Horstmann Uniform Co. (Philadelphia).

Opinion by TILSON, J. The record showed that certain items in question consist of beltings in chief value of metal thread, to be worn by commissioned officers in the Army, Navy, and Air Corps of the United States, and that they are similar to those involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459), which record was incorporated herein. These items were held dutiable at 30 percent under paragraph 385 and T. D. 48316, as claimed.

**No. 48692.**—Protest 85091–K of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items are similar to those involved in Abstract 47291. The protest was therefore sustained as to those items.

**No. 48693.**—Protest 835632–G of Katz-Konrad Hat Co. (St. Louis).

Opinion by TILSON, J. The record showed that certain of the items consist of hats similar to those in. *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith they were held dutiable at 12½ percent under paragraph 1504 (b) (5) and the Netherlands Trade Agreement (T. D. 48075) as claimed.

**No. 48694.**—Protests 676401–G, etc., of I. Goldberg, Inc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.